People v King

2026 NY Slip Op 02287

April 15, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, respondent,

v

Brandon King, appellant.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department

Decided on April 15, 2026

2014-00456, (Ind. No. 829/09)

Betsy Barros, J.P.

Lillian Wan

Donna-Marie E. Golia

Elena Goldberg Velazquez, JJ.

Brandon King, Stormville, NY, appellant pro se.

Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill and Ellen C. Abbot of counsel), for respondent.

Patricia Pazner, New York, NY (David P. Greenberg of counsel), former appellate counsel.

[*1]

DECISION & ORDER

Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 2, 2018 (People v King, 161 AD3d 772), affirming a judgment of the Supreme Court, Queens County, rendered October 2, 2013.

ORDERED that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745; People v Stultz, 2 NY3d 277).

BARROS, J.P., WAN, GOLIA and GOLDBERG VELAZQUEZ, JJ., concur.

ENTER:

Darrell M. Joseph

Clerk of the Court